**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| JEFFREY LARR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-00235-JTN-RSK |
| | ) | |
| NATIONWIDE CAPITAL SERVICES, LLC d/b/a STRUCTURED SETTLEMENT and GLOBAL TRUST MANAGEMENT, LLC, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING DEFAULT JUDGMENT AND DEFAULT JUDGMENT**

THIS CAUSE having come before the Court to consider Plaintiff's Motion for Default Judgment against Defendant NATIONWIDE CAPITAL SERVICES, LLC d/b/a STRUCTURED SETTLEMENT, and upon consideration and after due deliberation and sufficient cause appearing: IT IS HEREBY **ORDERED** and **ADJUDGED** that Plaintiff's Motion for Default Judgment (ECF No. 14) is GRANTED. IT IS **FURTHER ORDERED** that Plaintiff recover from Defendant NATIONWIDE CAPITAL SERVICES, LLC d/b/a STRUCTURED SETTLEMENT, the following amount plus any applicable interest:

$1,000.00   in statutory damages for violations of the FDCPA
$    50.00   in actual damages for violations of the FDCPA and MOC
$  150.00   in statutory damages for violations of the MOC
$  452.00   in costs
$3,558.00   in attorney's fees

**$5,210.00      TOTAL**

Dated: May 26, 2020

/s/ Janet T. Neff
Janet T. Neff
United States District Judge